```
                                United States Bankruptcy Court
                                   Northern District of Ohio
In re:                                                          Case No. 19-30317-jpg
Jon E. Pringle                                                  Chapter 7
Patricia L. Pringle
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0647-3          User: admin              Page 1 of 2           Date Rcvd: Feb 12, 2019
                              Form ID: 309A            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2019.
```
db/db          +Jon E. Pringle,    Patricia L. Pringle,    1902 Allendale Drive,    Toledo, OH 43611-1787
tr             +Patti Baumgartner-Novak,    3015 Navarre Avenue #203,    Oregon, OH 43616-3339
25871919       +Consulting Pathologist,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
25871923       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    5050 Kingsley,    1M0C2J,   Cincinnati, OH 45263)
25871927       +Montgomery Lynch,    P.O. Box 22720,    Beachwood, OH 44122-0720
25871928        Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Irving, TX 75063
25871929       +Northstar Anesthesia of Ohio,    2600 Navarre Ave.,    6th Floor,    Oregon, OH 43616-3207
25871930       +Northstar Anesthesia of Ohio,    P.O. Box 227096,    Dallas, TX 75222-7096
25871931        PNC Visa,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
25871933       +Surgery Center at Regency Park,    2000 Regency Court,    #101,    Toledo, OH 43623-3075
25871934       +The Toledo Clinic,    4235 Secor Road,    Toledo, OH 43623-4299
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: alberslawoffice@gmail.com Feb 12 2019 22:39:19      Tracy Albers,
                 Albers Law Office, LLC,    3178 N. Republic Blvd. Suite 2A,    Toledo, OH  43615
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Feb 12 2019 22:40:04      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
25871917        EDI: BANKAMER.COM Feb 13 2019 03:13:00      Bank of America*,    P.O. Box 982234,
                 El Paso, TX 79998
25871918       +EDI: CAPIO.COM Feb 13 2019 03:13:00      Capio Partners,    2222 Texoma Pkwy.,    Suite 150,
                 Sherman, TX 75090-2481
25871921        EDI: DISCOVER.COM Feb 13 2019 03:13:00      Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
25871920       +E-mail/Text: bankruptcy@directionscu.org Feb 12 2019 22:41:13      Directions Credit Union,
                 5121 Whiteford Road,    Sylvania, OH 43560-2987
25871924       +EDI: WESTASSET.COM Feb 13 2019 03:13:00      Global Receivables Solutions,    P.O. Box 790113,
                 Saint Louis, MO 63179-0113
25871925       +E-mail/Text: bankruptcy@huntington.com Feb 12 2019 22:40:57      Huntington National Bank,
                 2361 Morse Road,    Columbus, OH 43229-5891
25871926       +EDI: HCA2.COM Feb 13 2019 03:13:00      Mercy St. Anne Hospital,    3404 W. Sylvania Avenue,
                 Toledo, OH 43623-4480
25871932       +E-mail/Text: hannah.kinney@promedica.org Feb 12 2019 22:40:24      Promedica,
                 2142 N. Cove Blvd.,    Toledo, OH 43606-3895
25871922        EDI: USBANKARS.COM Feb 13 2019 03:13:00      Elan,    P.O. Box 6335,    Fargo, ND 58125-6335
25871935        EDI: USBANKARS.COM Feb 13 2019 03:13:00      U.S. Bank*,    P.O. Box 6335,    Fargo, ND 58125-6335
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
              Patti   Baumgartner-Novak    pnovak@bex.net, kroseman@bex.net;OH76@ecfcbis.com
              Tracy   Albers    on behalf of Debtor Patricia L. Pringle alberslawoffice@gmail.com,
               r50791@notify.bestcase.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Tracy  Albers    on behalf of Debtor Jon E. Pringle alberslawoffice@gmail.com, r50791@notify.bestcase.com

                                                      TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jon E. Pringle | Social Security number or ITIN xxx–xx–7273 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia L. Pringle | Social Security number or ITIN xxx–xx–9346 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter 7  2/8/19 |
| Case number: | 19–30317–jpg | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jon E. Pringle | | Patricia L. Pringle |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1902 Allendale Drive<br>Toledo, OH 43611 | | 1902 Allendale Drive<br>Toledo, OH 43611 |
| 4. | **Debtor's attorney**<br>Name and address | Tracy Albers<br>Albers Law Office, LLC<br>3178 N. Republic Blvd. Suite 2A<br>Toledo, OH 43615 | | Contact phone 567–825–3635<br>Email: alberslawoffice@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Patti Baumgartner–Novak<br>3015 Navarre Avenue #203<br>Oregon, OH 43616 | | Contact phone (419) 724–2480<br>Email: pnovak@bex.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

19-30317-jpg    Doc 6    FILED 02/14/19    ENTERED 02/15/19 00:18:21    Page 3 of 4

| 6. **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open 9:00 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | 1716 Spielbusch Ave Room 411 Toledo, OH 43604 | Contact phone 419–213–5600 Date: 2/12/19 |
| 7. **Meeting of creditors** | **April 9, 2019 at 08:15 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | **Ohio Building, 420 Madison Ave, Room 680, Toledo, OH 43604** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/10/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**